IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MO-KAN SHEET METAL WORKERS WELFARE FUND, and BOARD OF TRUSTEES OF THE MO-KAN SHEET METAL WORKERS WELFARE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MEGAN MECH, and RYAN MECH,<br><br>Defendants. | 4:19CV3113<br><br>ORDER |

This matter is before the court on the parties' Joint Motion for Leave to Deposit Money into the Court, ([Filing No. 22](Filing No. 22)). Accordingly,

IT IS ORDERED that the parties' joint motion ([Filing No. 22](Filing No. 22)) is granted as follows:

a. Defendants Megan and Ryan Mech ("Defendants") may deposit a check in the amount of $66,621.82 with the Clerk of the Court for the United States District Court for the District of Nebraska. See NECivR 67.1(2) and 28 U.S.C. § 2041.

b. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this court, pursuant to 28 U.S.C. § 2041 and NECivR 67.1(2).

Dated this 7th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge