IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MO-KAN SHEET METAL WORKERS WELFARE FUND, and BOARD OF TRUSTEES OF THE MO-KAN SHEET METAL WORKERS WELFARE FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> MEGAN MECH, and RYAN MECH, <br><br> Defendants. | 4:19CV3113 <br><br> **ORDER** |

The parties state that this case will be resolved on cross-motions for summary judgment based on stipulated facts.

Accordingly,

IT IS ORDERED:

1) The parties' cross-motions for summary judgment shall be filed on or before July 10, 2020, with responses filed on or before July 30, 2020. No reply shall be filed absent leave of the court for good cause shown.

2) The clerk shall set an internal case management deadline of July 10, 2020.

Dated this 13th day of April, 2020.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge